| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) PRESKA, LORETTA A. | 2. Court or Organization UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK | 3. Date of Report 05/08/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) UNITED STATES DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 1/1/2016 to 12/31/2016 |
| 7. Chambers or Office Address U.S. COURTHOUSE 500 PEARL STREET, ROOM 2220 NEW YORK, NY 10007 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice-President | Fordham Law Alumni Association |
| 2. | Trustee | Trust # 11 |
| 3. | Advisory Board | Federalist Society, New York Chapter |
| 4. | Trustee Emerita | Fordham University |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Self Employed Lawyer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Federal Bar Association | November 29-30 | Miami, FL | Art Law Seminar | Aifare, Taxi, Meals & Hotel |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 05/08/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Law Firm Retirement Account (H) | | | | | | | | | |
| 2.  -Fidelity Contrafund | B | Dividend | O | T | | | | | |
| 3.  -Fidelity Cash Reserves | A | Dividend | L | T | | | | | |
| 4.  -Vanguard Midcap Index Fund | | None | | | Sold | 02/12/16 | L | E | |
| 5.  -Brown Bros Core Select Fund | B | Dividend | M | T | | | | | |
| 6.  -Vanguard Small Cap Index Fund | | None | | | Sold | 02/12/16 | L | | |
| 7.  -Glenmeade Lg Cap Core Inst Fund | A | Dividend | L | T | Buy | 01/20/16 | L | | |
| 8.  -Fidelity Total Market Index | D | Dividend | M | T | Buy | 05/10/16 | M | | |
| 9.  | | | | | Buy (add'l) | 12/20/16 | K | | |
| 10. Law Firm Capital A/C and Int. in A/R | | None | P1 | W | | | | | |
| 11. Citibank Accounts | B | Interest | O | T | | | | | |
| 12. M&T Bank Accounts | A | Interest | M | T | | | | | |
| 13. Trust # 10 (H) | | | | | | | | | |
| 14. -Fidelity Municipal MMF | A | Dividend | P1 | T | | | | | |
| 15. -MS Global Long Short Fund | F | Dividend | P1 | T | Sold (part) | 04/26/16 | O | | |
| 16. -SPDR Mid Cap 400 ETF | C | Dividend | M | T | Sold (part) | 02/12/16 | M | E | |
| 17. | | | | | Sold (part) | 12/13/16 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | PRESKA, LORETTA A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -NY State Loc Govt Assistance Corp Subordinate Lien Ref-A Bonds | A | Interest | K | T | | | | | |
| 19. -NY State Dorm Auth Revs Bonds | A | Interest | | | Redeemed | 07/01/16 | K | | |
| 20. -Florida State Brd Ed Pub Ed Ref-B Bonds | A | Interest | K | T | | | | | |
| 21. -Palm Beach Fl Rep Ref Cap Impt Pro-A Bonds | A | Interest | K | T | | | | | |
| 22. -Harris County TX Met Tran Auth Sales & Use Tax Red Bonds | A | Interest | K | T | | | | | |
| 23. -WA State Var Purp-C Bonds | A | Interest | K | T | | | | | |
| 24. -McHenry County IL Cmnty Unit Ach Dist Ref-B Bonds | A | Interest | K | T | Buy | 02/27/15 | K | | |
| 25. -Huntsville AL General Oblig Ref Cap Imp Warrants | A | Interest | K | T | | | | | |
| 26. -BIOC LLC | | None | K | W | | | | | |
| 27. -IA Fin Auth Rev Bonds | A | Interest | K | T | | | | | |
| 28. -Cary NC Pub Impt Ref-B Bonds | A | Interest | K | T | | | | | |
| 29. -Boston MA Water and Sewer Commn Gen Rev Ref-A Bonds | A | Interest | K | T | | | | | |
| 30. -Marion and Polk Counties OR sch Dist No 24 J Salem Bonds | A | Interest | K | T | | | | | |
| 31. -DC Washington DC Income Tax Seed Rev Ref-A Bonds | A | Interest | K | T | | | | | |
| 32. -Downtown Association Bond | A | Interest | J | W | | | | | |
| 33. -Sustainable Waste Power Systems, Inc. Common Stock | | None | K | W | Buy (add'l) | 08/18/16 | K | | |
| 34. -Blackrock Strategic Municipal Opportunity's Fund | E | Dividend | O | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -CT Hsg Fin Auth Mtg Ref-A Bonds | A | Interest | J | T | | | | | |
| 36. -Deutsche Intermediate Tax Free Fund | C | Dividend | N | T | Buy | 10/06/16 | M | | |
| 37. | | | | | Buy (add'l) | 10/13/16 | M | | |
| 38. -Blackrock National Muni Fund | C | Dividend | | | Buy | 04/22/16 | O | | |
| 39. | | | | | Sold | 12/19/16 | O | | |
| 40. -Glendale AZ Un HS Dist Bonds | A | Dividend | J | T | Buy | 06/15/16 | J | | |
| 41. -Corona CA Pub Fin Auth Leave Rev Bonds | A | Dividend | K | T | Buy | 07/08/16 | K | | |
| 42. -Vanguard Intermediate Tax Exempt Fund | | None | M | T | Buy | 12/20/16 | M | | |
| 43. Trust # 11 (H) | | | | | | | | | |
| 44. -S + P Midcap SPDRS | A | Dividend | | | Sold (part) | 02/12/16 | J | D | |
| 45. | | | | | Sold | 12/13/16 | K | A | |
| 46. -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 47. -Fidelity 500 Index Fund | A | Dividend | K | T | | | | | |
| 48. IRA # 9 (H) | | | | | | | | | |
| 49. -Fidelity Contrafund | B | Dividend | N | T | | | | | |
| 50. -Blackrock Global Allocation Fund | C | Dividend | N | T | Buy (add'l) | 01/19/16 | N | | |
| 51. -Vanguard Midcap Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -SPDR Midcap 400 ETF | C | Dividend | | | Sold (part) | 02/12/16 | L | E | |
| 53. | | | | | Buy (add'l) | 05/10/16 | N | | |
| 54. | | | | | Sold | 10/19/16 | N | E | |
| 55. -Tweedy Browne Global Value Fund | | None | | | Sold | 01/14/16 | O | | |
| 56. -Brown Bros Core Select Fund | B | Dividend | N | T | | | | | |
| 57. -SPDR S & P 500 ETF | E | Dividend | O | T | | | | | |
| 58. -Fidelity 500 Index Fund | D | Dividend | P1 | T | Buy | 01/14/16 | K | | |
| 59. | | | | | Buy (add'l) | 09/23/16 | J | | |
| 60. -Baron Growth Fund | | None | | | Sold | 01/12/16 | M | | |
| 61. -Fidelity Total Market Index | D | Dividend | O | T | Buy (add'l) | 05/10/16 | M | | |
| 62. | | | | | Buy (add'l) | 10/27/16 | J | | |
| 63. | | | | | Buy (add'l) | 12/20/16 | L | | |
| 64. -Fidelity Gov't Cash Reserves | A | Dividend | M | T | | | | | |
| 65. -Glenmeade Lg Cap Core Inst Fund | A | Dividend | M | T | Buy | 01/13/16 | M | | |
| 66. -DBX Europe Hedged Equity ETF | | None | | | Buy | 01/15/16 | M | | |
| 67. | | None | | | Sold | 02/12/16 | M | | |
| 68. -WisdomTree Europe Hedged Equity ETF | | None | | | Buy | 01/15/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | None | | | Sold | 02/12/16 | M | | |
| 70. -iShares Core S&P Mid Cap ETF | B | Dividend | N | T | Buy | 10/19/16 | N | | |
| 71. IRA # 10 (H) | | | | | | | | | |
| 72. -Fidelity Gov't Cash Reserves | A | Dividend | L | T | | | | | |
| 73. -Tweedy Browne Global Value Fund | | None | | | Sold | 01/14/16 | M | | |
| 74. -Vanguard Midcap Index Fund | A | Dividend | K | T | | | | | |
| 75. -Fidelity Low Priced Stock Fund | B | Dividend | M | T | | | | | |
| 76. -Blackrock Global Allocation Fund | A | Dividend | K | T | Buy (add'l) | 01/20/16 | M | | |
| 77. -Brown Brothers Core Select Fund | A | Dividend | N | T | | | | | |
| 78. -SPDR S & P 500 ETF | D | Dividend | N | T | | | | | |
| 79. -Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 80. -iShares Core S&P Small Cap ETF | | None | | | Sold | 02/12/16 | L | | |
| 81. -DBX Europe Hedged Equity ETF | | None | | | Buy | 01/15/16 | K | | |
| 82. | | None | | | Sold | 02/12/16 | K | | |
| 83. -WisdomTree Hedged Equity ETF | | None | | | Buy | 01/15/16 | K | | |
| 84. | | None | | | Sold | 02/12/16 | K | | |
| 85. -Fidelity Total Market Index | A | Dividend | M | T | Buy | 05/11/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/20/16 | J | | |
| 87. -Fidelity 500 Index Fund (X) | D | Dividend | M | T | Buy | 10/15/14 | L | | |
| 88. | | | | | Buy (add'l) | 09/20/16 | J | | |
| 89. | | | | | Buy (add'l) | 12/26/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 05/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 5 - Typo last year - omitted "Core."

Line 24 - Accidentally omitted last year.

Lines 47, 58, and 61 - Name change.

Royce Total Return Fund (line 77 last year) was sold on 11/15/16 with a value code of E and no gain.

Line 36 - Typo last year.  Was listed as "International" instead of "Intermediate."

Line 87 - Accidentally omitted from Reports for 2014 and 2015 due to confusion with name of another fund that was reported.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LORETTA A. PRESKA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544